# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CR 13- 600**

VITALIANO, J.

1. Title of Case: United States v. John Doe

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date: N/A

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial: Less than 6 weeks (x)
   More than 6 weeks ( )

7. County in which crime was allegedly committed: __Queens__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]  (X) Yes ( ) No

9. Has this indictment/information been ordered sealed?  ( ) Yes (x) No

10. Have arrest warrants been ordered?  ( ) Yes (X) No

11. Is there a capital count included in the indictment?  ( ) Yes (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Seth D. DuCharme
Assistant U.S. Attorney
718-254-6021

Rev. 10/04/12

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.