# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

December 18, 2014

**by ECF**

The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    **Re:**    <u>USA v. John Doe, 13 CR 600 (ENV)</u>

Your Honor:

    On December 11, 2014, the defendant was released on a $25,000 unsecured bond with conditions that he reside at a particular address subject to a curfew 10pm to 6am with electronic location monitoring. He has since found a new residence and a job that conflicts with the that curfew. Therefore, the parties, on consent, are, respectfully, requesting that the bond be modified to allow him to reside at an address provided to Pre-Trial Services with a new curfew be determined by Pre-Trial Services, consistent with his work schedule. In addition to AUSA David Pitluck, I have also discussed this proposal with US Pre-Trial Services Officer Ignace Sanon-Jules and he does not object.

    Thank You for Your consideration in this matter.

So ORDERED:

_____
U. S. D. J.

Michael P. Padden

*/s/ Michael P. Padden*

Staff Attorney
(718)330-1240

cc.: AUSA David Pitluck

    USPTSO Ignace Sanon-Jules