# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

June 16, 2015

**by ECF and Hand Delivery**

The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: **USA v. John Doe, 13 CR 600 (ENV)**

Your Honor:

On December 11, 2014, the defendant was released on a $25,000 unsecured bond with conditions that included he be subject to a curfew 10pm to 6am enforced by electronic location monitoring. This case has progressed to the point that the government, by AUSA David Pitluck, does not oppose the removal of these conditions. I have also discussed this with US Pre-Trial Services Officer Michael Ilaria and he does not object. Therefore, on consent, I, respectfully, request that the bond be modified so as to remove said conditions.

Thank You for Your attention to consideration in this matter.

So ORDERED:

Michael P. Padden

_____
U. S. D. J.

Staff Attorney
(718) 330-1240

cc.: AUSA David Pitluck

USPTSO Michael Ilaria